IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: October 22, 2021

IN RE: : Chapter 7

Shane Patrick Associates, Inc.
        Debtor(s) : Bankruptcy No. 18-16941

## CERTIFICATION OF COSTS

The sum of $2450.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court in compliance with 28 U.S.C. 1930.  Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 ..

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Adversary Complaints | 7 | 350.00 |
| **TOTAL:** | | **$2450.00** |

Dated at Philadelphia, Pennsylvania
this 22nd day of October 2021

        TIMOTHY B. MCGRATH, Clerk


    By:   s/ Denise Lavariere
        Deputy Clerk

Certcost 8/99